JS-6

1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 10 | LARISSA BAKER, ) | Case No. ED CV 22-1480 FMO (KKx) |
| 11 | Plaintiff, ) ) | |
| 12 | v. ) ) | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| 13 | FCA US LLC, et al, ) ) | |
| 14 | Defendant. ) ) | |
| 15 | ) | |

16    Having been advised by counsel that the above-entitled action has been settled, (Dkt. 20,

17  Notice of Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed

18  without costs and without prejudice to the right, upon good cause shown by no later than **February**

19  **3, 2023,** to re-open the action if settlement is not consummated.  The court retains full jurisdiction

20  over this action and this Order shall not prejudice any party to this action.  Failure to re-open or

21  seek an extension of time to re-open the action by the deadline set forth above shall be deemed

22  as consent by the parties to dismissal of the action without prejudice.  See Fed. R. Civ. P. 41(b);

23  Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

24  Dated this 20th day of December, 2022.

25
                                                        /s/
26                                            Fernando M. Olguin
                                            United States District Judge
27
28